**Affirmed and Memorandum Opinion filed August 25, 2016.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00016-CR

**WARREN L. HOUSTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1386667**

## M E M O R A N D U M   O P I N I O N

Appellant appeals his conviction for aggravated robbery with a deadly weapon. Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978).

On January 7, 2016, this court issued an opinion affirming appellant's conviction. Appellant subsequently notified this court that he had changed his address and requested an extension of time to file a pro se response. On February 2, 2016, this court granted appellant's motion, reinstated the appeal, and directed the trial court to afford appellant an opportunity to view the trial record in accordance with local procedure. On March 16, 2016, this court received confirmation that appellant received the trial record.

Appellant received two additional extensions of time to file his pro se response until May 16, 2016. On June 2, 2016, this court received correspondence from appellant informing the court that he had not received a copy of counsel's *Anders* brief. On June 20, 2016, this court provided appellant a copy of counsel's brief. As of this date, more than 60 days have passed and no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Boyce and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).